Maxine MOFFORD, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 02–3083.

United States Court of Appeals, Federal Circuit.

July 10, 2002.

ON MOTION

ORDER

Upon consideration of the unopposed motion of Maxine Mofford to dismiss her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

John A. NICHOLS, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 02–3046.

United States Court of Appeals, Federal Circuit.

July 10, 2002.

ON MOTION

ORDER

Upon consideration of John A. Nichols' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.